```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
In Re: LATAM AIRLINES GROUP, S.A.,       :
                                         :
                Debtor,                  :
                                         :
---------------------------------------- :
                                         :
AD HOC GROUP OF UNSECURED CLAIMANTS, et  :
al.,                                     :
                                         :
                Appellants,              :
                                         :     22cv5660 (DLC)
            -v-                          :     22cv5891 (DLC)
                                         :
LATAM AIRLINES GROUP S.A.,               :         ORDER
                                         :
                Appellee.                :
                                         :
---------------------------------------- :
                                         :
TLA CLAIMHOLDERS GROUP,                  :
                                         :
                Appellant,               :
            -v-                          :
                                         :
LATAM AIRLINES GROUP S.A., et al.,       :
                                         :
                Appellees.               :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 8, 2022, this Court issued an Order scheduling oral argument.  It is hereby

ORDERED that oral argument is rescheduled for **Friday, August 26, 2022** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street.  Argument will first be held in Ad Hoc Group of Unsecured Claimants v. LATAM Airlines Group S.A., 22CV05660,

then in <u>TLA Claimholders Group v. LATAM Airlines Group S.A.</u>, 22cv05891.

Dated:    New York, New York
          August 8, 2022

                                                                       /s/ Denise Cote
                                                                         DENISE COTE
                                        United States District Judge