```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
In Re: LATAM AIRLINES GROUP, S.A.,       :
                                         :
                    Debtor,              :
                                         :
------------------------------------     :
                                         :
AD HOC GROUP OF UNSECURED CLAIMANTS, et  :
al.,                                     :
                                         :
                    Appellants,          :
                                         :       22cv5660 (DLC)
            -v-                          :       22cv5891 (DLC)
                                         :
LATAM AIRLINES GROUP S.A.,               :       ORDER
                                         :
                    Appellee.            :
                                         :
------------------------------------     :
                                         :
TLA CLAIMHOLDERS GROUP,                  :
                                         :
                    Appellant,           :
            -v-                          :
                                         :
LATAM AIRLINES GROUP S.A.,               :
                                         :
                    Appellee.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Oral argument in the above-captioned cases has been scheduled for Friday, August 26, 2022 at 10:00 a.m. in Courtroom 18B, 500 Pearl Street. It is hereby

ORDERED the appellants in each action shall be allotted 15 minutes for their argument. The appellees in each action shall be allotted 10 minutes for their argument. The intervenors in

each action shall be allotted 5 minutes for their argument. The appellants may reserve a portion of their time for rebuttal.

SO ORDERED:

Dated:    New York, New York
         August 17, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge