**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In Re: LATAM AIRLINES GROUP, S.A.,

                      Debtor.

-----------------------------------------------------------X

AD HOC GROUP OF UNSECURED
CLAIMANTS, et al.,

                Appellants,                    22 **CIVIL** 5660 (DLC)

   -against-                                    **JUDGMENT**

LATAM AIRLINES GROUP S.A.,

                Appellee.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2022, the Ad Hoc Group of Unsecured Claimants' appeal is denied. The March 15, 2022 and June 18, 2022 decisions of the United States Bankruptcy Court for the Southern District of New York are affirmed.

**Dated:** New York, New York
          December 19, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                    **BY:**   K. Mango
                                                                **Deputy Clerk**